Robert W. Dickerson, Jr. (SBN 89367)
E-mail: rdickerson@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Lenny Huang (SBN 264386)
E-mail: lhuang@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, CA 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Plaintiff
RUMBLE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RUMBLE, INC.,

Plaintiff,

v.

THE DAILY MAIL AND GENERAL TRUST PLC dba THE DAILY MAIL, DMG MEDIA LTD dba DAILYMAIL.COM, ASSOCIATED NEWSPAPERS, LTD., MAILONLINE, DIMPLE MISTRY, and DOES 1-10, inclusive,

Defendant.

Case No. 2:19-cv-08420-CJC-(Ex)

**JOINT STIPULATION AND REQUEST FOR ORDER EXTENDING ALL PENDING DATES, INCLUDING THE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, BY AT LEAST 30 DAYS**

[*Proposed order filed concurrently herewith*]

District Judge Cormac J. Carney

TO THE HONORABLE CORMAC J. CARNEY:

WHEREAS the parties, with the assistance of Hon. Suzanne H. Segal (Ret.) as mediator, have reached agreement on all material terms of a settlement that will resolve all issues in this case;

WHEREAS, the parties need time to finalize a long-form agreement, which

is required before a stipulated dismissal can be filed; and

WHEREAS, in order to avoid unnecessary expense for the parties and burden on the Court, the parties jointly request that all pending dates in the case be continued for at least 30 days, including the current April 5, 2021 hearing on Defendant Associated Newspapers Ltd.'s motion for summary judgment (Docket No. 75), and the current due dates for the Opposition and Reply regarding that motion.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. The hearing on Defendants' Associated Newspapers Ltd., shall be continued to May 10, 2021 at 1:30 p.m., with Opposition and Reply due on the dates specified in the Local Rules for a May 10, 2021 hearing date; and

2. That all other pending pretrial dates and the trial date be extended at least 30 days.

Dated: March 12, 2021

Respectfully Submitted,

BURKE, WILLIAMS & SORENSEN, LLP

by: /s/ Robert W. Dickerson, Jr.[1]
Robert W. Dickerson, Jr.

Attorneys for Plaintiff RUMBLE, INC.

Dated: March 12, 2021

DAVIS WRIGHT TREMAINE LLP

By: /s/ Kelli L. Sager
Kelli L. Sager

Attorneys for Defendant ASSOCIATED NEWSPAPERS LTD.

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.