Robert W. Dickerson, Jr. (SBN 89367)
rdickerson@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Plaintiff
RUMBLE, INC.

KELLI L. SAGER (State Bar No. 120162)
kellisager@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800
Fax: (213) 633-6899

ERIC J. FEDER (*Pro Hac Vice*)
ericfeder@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Defendant
ASSOCIATED NEWSPAPERS LTD

IN THE UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMBLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE DAILY MAIL AND GENERAL TRUST PLC dba THE DAILY MAIL, DMG MEDIA LTD dba DAILYMAIL.COM, ASSOCIATED NEWSPAPERS, LTD. MAILONLINE, DIMPLE MISTRY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08420-CJC-(Ex)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Action filed: September 30, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and pursuant to and in accordance with a confidential settlement agreement between the parties, plaintiff Rumble, Inc. and defendant Associated Newspapers, Ltd., hereby stipulate to the voluntary dismissal of this lawsuit in its entirety with prejudice. All parties to bear their own costs and attorney's fees.

DATED: May 7, 2021

BURKE, WILLIAMS & SORENSON, LLP
ROBERT W. DICKERSON

By: */s/ Robert W. Dickerson*
Robert W. Dickerson

Attorneys for Plaintiff RUMBLE, INC.

DATED: May 7, 2021

DAVIS WRIGHT TREMAINE LLP
KELLI SAGER
BRENDAN N. CHARNEY
ERIC J. FEDER

By: */s/ Kelli L. Sager*
Kelli L. Sager

Attorneys for Defendant ASSOCIATED NEWSPAPERS LTD.

**L.R. 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/Kelli L. Sager*
Kelli L. Sager